**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**DAVID ARNOLD,**

    Plaintiff,

                         **CASE NO.    3:11-CV-434**

**-vs-**

                         **District Judge Timothy S. Black**
                         **Magistrate Judge Michael R. Merz**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

---

**JUDGMENT IN A CIVIL CASE**

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Court **ADOPTS** the Report and Recommendations of the United States Magistrate Judge (Doc. 15) in its entirety; **OVERRULES** Plaintiff's Objections (Doc 16)**; AFFIRMS** the Commissioners's decision that the Plaintiff was not disabled; and **TERMINATES** this case.

Date:  November 7, 2011                        **JAMES BONINI, CLERK**

                                                             By: <u>s/ M. Rogers</u>
                                                              Deputy Clerk